

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00033-CV
_____

IN RE JAMES ARTHUR MEEKS, III

Original Mandamus Proceeding

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

In this original proceeding, Relator, James Arthur Meeks, III, asks that we issue a writ of mandamus directing Fannin County District Attorney Richard Glaser, Fannin County Sheriff's Chief Deputy Nick Tredway, and Fannin County Commissioner Jerry Magness, or their designated representatives, to produce certain documents or records.[1]

Article V, Section 6, of the Texas Constitution defines appellate jurisdiction of the courts of appeals, stating that they "shall have such other jurisdiction, original and appellate, as may be prescribed by law." TEX. CONST. art. V, § 6(a). Section 22.221 of the Texas Government Code explains that appellate courts may issue writs of mandamus against certain judges in their districts "and all other writs necessary to enforce the jurisdiction of the court." TEX. GOV'T CODE ANN. § 22.221(a), (b) (Supp.). The officials from which Meeks seeks documents are not judges. Also, nothing in the record presented indicates that the issuance of a writ of mandamus is necessary to preserve our jurisdiction. Consequently, we have no authority to consider the merits of Meeks's petition seeking relief against the Fannin County district attorney, a sheriff's deputy, and a county commissioner.

---

[1]Meeks seeks the following: (1) from Chief Deputy Nick Tredway, medical clearance pertaining to Meeks's arrest and admission to the Fannin County detention center, (2) from District Attorney Richard Glaser, documents relating to Meeks's criminal complaint regarding a July 21, 2021, incident, and (3) from Commissioner Jerry Magness, itemized monetary expenditures for Fannin County detention centers.

Accordingly, we dismiss Meeks's petition for a writ of mandamus for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     May 17, 2022
Date Decided:       May 18, 2022